**Opinion issued June 18, 2019**



In The

Court of Appeals

**For The**

First District of Texas

———————————

**NO. 01-18-00922-CV**

———————————

**CORE RC, LLC, Appellant**

**V.**

**PREMIER URBAN HOMES, LLC, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-43129**

---

## MEMORANDUM OPINION

Appellant, Core RC, LLC, has neither established indigence, nor paid or made

arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1

(listing requirements for establishing indigence); TEX. R. APP. P. 37.3(b) (allowing

dismissal of appeal if no clerk's record filed due to appellant's fault). After being notified on February 15, 2019, that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Evelyn Keyes, Peter Kelly, and Gordon Goodman.